NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-656


GEORGE HEBERT IV

VERSUS

JEFFERY L. PEARLEY, ET AL.


\*\*\*\*\*\*\*\*\*\*
APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 98-59391
HONORABLE ANNE LENNAN SIMON, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
ELIZABETH A. PICKETT
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**


**Stanford B. Gauthier II**
**1001 W. Pinhook Road**
**Building 3, Suite 106**
**Lafayette, La 70503**
**(337) 234-0099**
**Counsel for Plaintiff Appellant:**
**George Hebert IV**


**Marie Candice Hattan**
**Roy & Hattan**
**P.O. Drawer 91850**
**Lafayette, La 70509**
**(337) 234-0431**
**Counsel for Defendant Appellee:**
**Jeffery L. Pearley**
**Gypsy Transport, Inc.**
**Canal Indemnity Company**